IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAY D. LAMONT                                                                PETITIONER
ADC #18172-045

v.                                        No. 2:18CV00033-JLH

GENE BEASLEY, Warden                                                   RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Petitioner's cause of action is DISMISSED and the requested relief is denied.

DATED this 29th day of May, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE