IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAY D. LAMONT                                                                                                                PETITIONER
ADC #18172-045

v.                                     No. 2:18CV00033-JLH

GENE BEASLEY, Warden                                                                                              RESPONDENT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 29th day of May, 2018.

                                                                                   _____
                                                                                   J. LEON HOLMES
                                                                                   UNITED STATES DISTRICT JUDGE