IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAY D. LAMONT　　　　　　　　　　　　　　　　　　　　　　　　　PETITIONER
Reg. #18172-045

v.　　　　　　　　　　　　2:18CV00033-JLH

GENE BEASLEY, Warden　　　　　　　　　　　　　　　　　　　　RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Document #12.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED for lack of jurisdiction. Document #2.

DATED this 1st day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE