IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAY D. LAMONT                                                                                    PETITIONER
Reg. #18172-045

v.                                       2:18CV00033-JLH

GENE BEASLEY, Warden                                                                RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 1st day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE